```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL GIARUSSO,                                           :
                              Plaintiff,                    :
                                                            :     21 Civ. 2417 (LGS)
              -against-                                     :
                                                            :            ORDER
CAPITAL ONE BANK (USA), NATIONAL                            :
ASSOCIATION, et al.,                                        :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 2, 2021 (Dkt. No. 5), required the parties to file a proposed case management plan and joint letter by May 13, 2021;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **May 17, 2021, at noon**.

Dated: May 14, 2021
     New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE